# Court of Appeals
# of the State of Georgia

ATLANTA,  November 12, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0158. KIM CAMILLE FLORENCE v. JERRIE RYLES FLORENCE et al.**

In February 2025, Kim Camille Florence ("Kim") filed a complaint against 12 different defendants, asserting various legal claims against each.  On October 20, 2025, the superior court entered an order dismissing Kim's complaint for failure to comply with the Civil Practice Act, OCGA § 9-11-1, et seq.; failure to effect service of process on any of the named defendants; and failure to state a claim upon which relief could be granted.  Kim then filed this timely application for  discretionary appeal. Given that the order dismissing  Kim's complaint disposed of the entire case, however, it constitutes a final order. See *Yanes v. Escobar*, 362 Ga. App. 896, 897 (870 SE2d 506) (2022) ("an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court") (citation and punctuation omitted). Consequently, Kim has a right of direct appeal from that order. See OCGA § 5-6-34 (a) (1).

As a general rule, this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Here, however, Kim has already filed a direct appeal from the order at issue, which is pending in this Court as Case No. A26A0711.

Accordingly, this application is hereby DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___11/12/2025_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*